UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARL BENNETT,

    VS                                                                                     CASE NO. 4:05cv96-WS/WCS

JAMES V. CROSBY,

## REFERRAL AND ORDER

    The motion/pleading was filed by defendant on 05/31/2005 (document #6), and referred to Magistrate Judge William C. Sherrill on 06/01/2005.

    Summary of motion/pleading: MOTION FOR ENLARGEMENT OF TIME

                                        WILLIAM M. MCCOOL, CLERK OF COURT

                                                      s/ Pam Lourcey
                                                   DEPUTY CLERK

---

## ORDER OF COURT

    Upon consideration of the foregoing, it is ORDERED this 2nd day of June, 2005, the requested relief is **GRANTED.** The time for filing a response to the petition is extended to July 15, 2005. Petitioner shall have until August 16, 2005, in which to file a reply, if desired.

                                                      S/ William C. Sherrill
                                                  UNITED STATES MAGISTRATE JUDGE