UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARL BENNETT

    VS                                          CASE NO. 4:05cv96-WS/WCS

JAMES V. CROSBY

## REFERRAL AND ORDER

    The motion/pleading was filed by plaintiff on 06/16/2005 (document #9), and referred to Magistrate Judge William C. Sherrill on 06/21/2005.

    Summary of motion/pleading: ERROR CORAM NOBIS

WILLIAM M. MCCOOL, CLERK OF COURT

    s/ Pamela Lourcey
DEPUTY CLERK

---

## ORDER OF COURT

    Upon consideration of the foregoing, it is ORDERED this 13th day of July, 2005, the requested relief is treated as a motion to amend and DENIED as unnecessary. Petitioner will still be "in custody" when he is released to probation, moreover, a challenge to the conviction itself is not mooted by release. Petitioner shall notify the court and counsel for Respondent of any change in address.

    S/ William C. Sherrill
UNITED STATES MAGISTRATE JUDGE