# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CARL BENNETT,

    VS                                                         CASE NO. 4:05CV96-WS/WCS

JAMES V. CORSBY, et al.,

## REFERRAL AND ORDER

    The motion/pleading was filed by plaintiff on 07/28/2005 (document #12), and referred to Magistrate Judge William C. Sherrill on 07/29/2005.

    Summary of motion/pleading: MOTION TO STRIKE STATE'S RESPONSE

                              WILLIAM M. MCCOOL, CLERK OF COURT

                                        s/ Pam Lourcey
                              DEPUTY CLERK

---

## ORDER OF COURT

    Upon consideration of the foregoing, it is ORDERED this 3rd day of August, 2005, the requested relief is **DENIED** as a motion to strike. Petitioner has until August 16, 2005, to file a reply to the response if he wishes to do so. Doc. 7.

                                        S/ William C. Sherrill
                              UNITED STATES MAGISTRATE JUDGE