UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARL C. BENNETT,

       Petitioner,

v.                                                                                                         4:05cv96-WS

JAMES McDONOUGH,

       Respondent.

_____

ORDER DENYING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

     Before the court is the magistrate judge's report and recommendation docketed May 30, 2006.  See Doc. 17.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied.

     On June 5, 2006, the petitioner's copy of the report and recommendation was returned to the clerk's office by the United States Postal Service.  The envelope was marked: "Moved, left no address."  See Doc. 18.  Although it is his responsibility to do so, the petitioner has not provided the court with his current address.

     Upon review of the record, this court has determined that the recommendation should be adopted.

     Accordingly, it is ORDERED:

     1.  The magistrate judge's report and recommendation is adopted and

incorporated by reference in this order of the court.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is hereby DENIED.

3. The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this June 19, 2006.


      /s William Stafford\
WILLIAM STAFFORD\
SENIOR UNITED STATES DISTRICT JUDGE